UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TRINET USA, INC.,**

    **Plaintiff,**

v.                                                                  Case No. 8:20-cv-2018-VMC-AAS

**VENSURE EMPLOYER
SERVICES, INC.**

    **Defendant.**
_____/

## **ORDER**

On June 2, 2021, Vensure Employer Services, Inc. moved to compel TriNet USA, Inc. to identify confidential information and provide better responses to discovery requests. (Doc. 80). On June 3, 2021, TriNet moved to strike Vensure's motion to compel for failure to comply with Local Rule 3.01(g). (Doc. 81). TriNet explains the parties have set a meet and confer for June 4, 2021 to address pending discovery issues. (*Id.* at ¶ 11).

After the parties engage in their meet and confer on June 4, 2021, Vensure must supplement its motion to compel to address whether the motion should remain pending, either in whole or in part, or if Vensure will be withdrawing the motion because the parties resolved the issues in Vensure's motion. Vensure's supplement is due no later than **June 7, 2021.** If the parties

1

cannot come to a resolution, the court will address Vensure's motion at the Rule 16 Conference set for June 18, 2021. This order does not toll TriNet's June 16th response deadline.

**ORDERED** in Tampa, Florida on June 4, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge