UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TRINET USA, INC.,**

    **Plaintiff,**

v.                                       Case No. 8:20-cv-2018-VMC-AAS

**VENSURE EMPLOYER
SERVICES, INC.**

    **Defendant.**
_____/

## ORDER

On June 2, 2021, Vensure Employer Services, Inc. moved to compel TriNet USA, Inc. to identify confidential information and provide better responses to discovery requests. (Doc. 80). On June 3, 2021, TriNet moved to strike Vensure's motion to compel for failure to comply with Local Rule 3.01(g). (Doc. 81). TriNet explained the parties have set a meet and confer for June 4, 2021 to address pending discovery issues. (*Id*. at ¶ 11). A June 4, 2021 order required Vensure to supplement its motion after the parties engaged in their meet and confer. (Doc. 82).

The parties engaged in a meet and confer on June 4, 2021. (*See* Doc. 83). Vensure stated its motion to compel, in its entirety, should remain pending because the parties could not come to a resolution. (*Id*.). Because the parties

1

have now conferred on Vensure's motion to compel, TriNet's motion to strike Vensure's motion to compel (Doc. 81) is **DENIED as moot.**

Because the parties did not come to a resolution, the court will hear argument on Vensure's motion to compel (Doc. 80) at the Rule 16 Conference set for June 18, 2021.

Because of Vensure's supplement and the apparent contentious interactions (documented in the pending discovery motions) between the parties, the parties must review the Middle District Discovery Handbook on how civil discovery practice should proceed here in the Middle District of Florida. Two sections are worth noting. First, "[d]iscovery in this district should be practiced in the *spirit of cooperation and civility*." Middle District Discovery (2021) § I.A.1 (emphasis added). Second, even though a party may have a pending motion to dismiss, this does not justify a stay in discovery, and all parties are expected to participate in discovery. *See* Middle District Discovery (2021) § I.E.3.

Even though the parties have held a meet and confer on June 4, 2021 in anticipation of the Rule 16th Conference, nothing prohibits counsel from continuing to work to amicably resolve the pending discovery issues.

**ORDERED** in Tampa, Florida on June 8, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2