UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TRINET USA, INC.,**

    **Plaintiff,**

v.                                             **Case No. 8:20-cv-2018-VMC-AAS**

**VENSURE EMPLOYER
SERVICES, INC.,**

    **Defendant.**
_____/

## ORDER

TriNet USA, Inc. moves for leave to file under seal an exhibit (a May 12, 2020 email) to its response to Vensure Employer Services, Inc.'s motion to compel. (Doc. 86). Vensure opposes this request. (Doc. 87).

Because TriNet provides sufficient support for permitting the filing of the May 12, 2020 email in a redacted form on the docket with the unredacted version filed under seal and Vensure will not be prejudiced by protecting this discovery document from public disclosure at this time,[1] TriNet's motion for leave to file under seal (Doc. 86) is **GRANTED.** TriNet must submit the

---

[1] "Discovery, whether civil or criminal, is essentially a private process because the litigants and the courts assume that the sole purpose of discovery is to assist trial preparation." *United States v. Anderson,* 799 F.2d 1438, 1441 (11th Cir. 1986). Documents at the discovery phase are treated with a broader interpretation of confidential than would be allowed at the merits phase.

1

unredacted May 12, 2020 email to the undersigned's chambers via email[2] and copy Vensure's counsel.

      **ORDERED** in Tampa, Florida on June 16, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[2] The court's email address is CHAMBERS_FLMD_SANSONE@flmd.uscourts.gov.