# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**TRINET USA, INC.,**

    **Plaintiff,**

v.                                                **Case No. 8:20-cv-2018-VMC-AAS**

**VENSURE EMPLOYER
SERVICES, INC.**

    **Defendant.**

_____/

## **ORDER**

A May 24, 2021 order set a Rule 16 Conference for June 18, 2021 to address ongoing discovery issues between TriNet USA, Inc. and Vensure Employer Services, Inc. (Doc. 79). A June 17, 2021 order canceled the Rule 16 Conference because the courthouse was closed for a federal holiday. (Doc. 91). Thus, the court needs to reschedule the Rule 16 Conference.

By **June 24, 2021**, the parties must submit a joint notice advising three preferred dates and times (in order of preference) for the Rule 16 Conference. The parties may choose from the following dates and times:[1]

    a.    Wednesday June 30th – 10 a.m.

---

[1] The undersigned has given many of these options to parties in other cases so the parties' first choice may be unavailable by June 24.

1

      b.      Thursday July 1st – 10 a.m., 1:30 p.m.

      c.      Tuesday July 13th – 10 a.m., 1:30 p.m.

      d.      Wednesday July 14th – 11 a.m.

      e.      Thursday July 15th – 11 a.m., 1 p.m., 2 p.m.

Within the notice, the parties must state their preferences for whether the Rule 16 Conference should be conducted in-person (following social distancing protocols) or by videoconferencing technology.

At the Rule 16 Conference, the court will hear arguments and address the TriNet's motions to compel discovery responses (Docs. 64, 66, 68) and Vensure's motion to compel discovery (Doc. 80). The Rule 16 Conference will not address the pending motion to dismiss (Doc. 65).

**ORDERED** in Tampa, Florida on June 21, 2021.

*Amanda Arnold Sansone*
_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge