UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TRINET USA, INC.,**

    **Plaintiff,**

v.                                        Case No. 8:20-cv-2018-VMC-AAS

**VENSURE EMPLOYER
SERVICES, INC.**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

At the continued Rule 16 Conference, the parties jointly requested an extension of the current case management deadlines. (Doc. 102). Based on discussion at the Rule 16 Conference, it is **RECOMMENDED** that the parties' joint oral motion to extend case management deadlines (Doc. 102) be **GRANTED** and these dates be **ADOPTED**:

    1.    The Affirmative Expert Report Disclosure Deadline be extended to **January 28, 2022**.

    2.    The Rebuttal Expert Report Disclosure Deadline be extended to **March 18, 2022.**

    3.    The Discovery Deadline be extended to **April 29, 2022**.

4. The Motions for Summary Judgement, Judgment on the Pleadings and *Daubert* Motions Deadline be extended to **May 20, 2022**.

5. The Final Pretrial Conference be scheduled for **September 2022**.

6. The trial be set for **October 2022** Trial Calendar.

7. The parties' mediation deadline be extended to **October 29, 2021**.

At the Rule 16 Conference, both parties orally waived the fourteen-day objection period. Additionally, the parties acknowledged that any more requests for extensions of the case management deadlines are disfavored absent a showing of good cause. (*See* Doc. 53, p. 5).

**ENTERED** in Tampa, Florida, on July 15, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge