UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TRINET USA, INC.**

    Plaintiff,

vs.                                          CASE NO. 8:20-cv-2018-VMC-AAS

**VENSURE EMPLOYER SERVICES, INC.**,

    Defendant.

## JOINT MOTION FOR PERMISSION TO ENGAGE HON. DIANE M. WELSH (RET.) FOR MEDIATION

Pursuant to the Third Amended Case Management and Scheduling Order (Dkt. 109), the parties have until October 29, 2021 to mediate. While a mediator has been assigned to this matter through the Third Amended Case Management and Scheduling Order, the parties jointly request permission to engage Hon. Diane M. Welsh (Ret.) for mediation. The mediator assigned to this matter has changed his website to reflect that he is no longer mediating cases.

While Hon. Welsh is not a certified mediator for the Middle District of Florida pursuant to Local Rule 4, TriNet and Vensure both agree that Hon. Diane M. Welsh (Ret.) is uniquely qualified to conduct a successful mediation.

The parties therefore make this request because they have been unable to reach an agreement concerning a Rule 4 certified mediator.

By way of background, Hon. Diane M. Welsh (Ret.) was a U.S. Magistrate Judge in the U.S. District Court for the Eastern District of Pennsylvania from 1994-2005. She currently is a mediator at JAMS. Over the past 27 years, as a JAMS neutral and a United States Magistrate Judge, she has successfully resolved over 5000 matters.

Hon. Diane M. Welsh (Ret.) has received numerous awards for her mediation skills and acumen, including, but not limited to:

- Recognized as a Best Lawyer, Alternative Dispute Resolution Category, *Best Lawyers in America*, 2007-2020.
- Recognized as Mediation "Lawyer of the Year", Philadelphia, Best Lawyers in America, 2014.
- "BEST ADR INDIVIDUAL" by the readers of ALM's Legal Intelligencer, Best of 2007-2016.
- "Recognized Practitioner," Chambers USA, 2019.

For these reasons, the parties' jointly request permission to engage Hon. Diane M. Welsh (Ret.) to mediate this matter.

Date: July 23, 2021.

        **/s/ Catherine H. Molloy**
        Catherine H. Molloy
        Florida Bar No. 33500
        Email: molloyk@gtlaw.com
        **GREENBERG TRAURIG, LLP**

101 E. Kennedy Boulevard
Suite 1900
Tampa, Florida 33602
Telephone:  (813) 318-5700
Facsimile:  (813) 318-5900

**/s/ Steven J. Rosenwasser**
Steven J. Rosenwasser
(*pro hac vice*)
rosenwassers@gtlaw.com
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212

*Attorneys for TriNet USA, Inc.*

**/s/ Samuel A. Lewis**
Samuel A. Lewis
Florida Bar No. 55360
slewis@cozen.com
Jennifer M. Taylor
Florida Bar No. 0174203
jtaylor@cozen.com
**COZEN O'CONNOR**
200 South Biscayne Blvd, Suite 3000
Miami, FL 33131
Telephone: (305) 704-5944
Facsimile: (786) 220-0207

And

Richard David Tuschman
rtuschman @gtemploymentlawyers.com
**RICHARD D. TUSCHMAN PA**
12555 Orange Drive, 2nd Floor

        Davie, FL 33330
        Telephone: (754) 551-5630
        Facsimile: (954) 380-8938

*Attorneys for Vensure Employer Services, Inc.*

- 5 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 23, 2021, I electronically filed the foregoing **JOINT MOTION TO ENGAGE HON. DIANE M. WELSH (RET.) FOR MEDIATION**, through the Court's CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

By:  /s/ Steven J. Rosenwasser
Steven J. Rosenwasser
(*pro hac vice*)
rosenwassers@gtlaw.com
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212

*Attorney for TriNet USA, Inc.*

ACTIVE 58843625v1