UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TRINET USA, INC.,**

    **Plaintiff,**

v.                                Case No. 8:20-cv-2018-VMC-AAS

**VENSURE EMPLOYER
SERVICES, INC.**

    **Defendant.**
_____/

**<u>ORDER</u>**

    TriNet USA, Inc. requests a Discovery Conference to address ongoing discovery issues with Vensure Employer Services, Inc. (Doc. 113). As part of its Local Rule 3.01(g) Certification, TriNet states, "the parties have had extensive correspondence concerning these discovery issues and have been unable to reach a resolution." (*Id.* at p. 7).

    Counsel for a moving party must *confer* with opposing counsel before filing most civil motions. Local Rule 3.01(g), M.D. Fla. (emphasis added).[1] This pre-filing requirement contemplates a substantive discussion about the relief requested in the motion. TriNet's Local Rule 3.01(g) fails to address whether

---

[1] On February 1, 2021, revisions to the Middle District of Florida's Local Rules took effect. *See Local Rules*, https://www.flmd.uscourts.gov/local-rules.

1

the parties substantively discussed TriNet's request to have a Discovery Conference. The emails provided by TriNet show discovery disputes between the parties but contain no discussion about whether Vensure is opposed or unopposed to having a Discovery Conference.

Thus, TriNet's Motion for Discovery Conference (Doc. 113) is **DENIED without prejudice** for failure to comply the Local Rules.

**ORDERED** in Tampa, Florida on July 26, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge