# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**TRINET USA, INC.**

    Plaintiff,

vs.                                CASE NO. 8:20-cv-2018-VMC-AAS

**VENSURE EMPLOYER SERVICES, INC.,**

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now Plaintiff Trinet USA, Inc. and Defendant Vensure Employer Services, Inc. and file this Joint Stipulation of Dismissal with Prejudice. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate to the dismissal of this action, with prejudice. Each party shall bear its own attorneys' fees and costs.

Date: December 7, 2021.

                                            **/s/ Catherine H. Molloy**
                                            Catherine H. Molloy
                                            Florida Bar No. 33500
                                            Email: molloyk@gtlaw.com
                                            **GREENBERG TRAURIG, LLP**
                                            101 E. Kennedy Boulevard
                                            Suite 1900
                                            Tampa, Florida 33602

Telephone: (813) 318-5700
Facsimile: (813) 318-5900

**/s/ Steven J. Rosenwasser**
Steven J. Rosenwasser
(*pro hac vice*)
rosenwassers@gtlaw.com
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212

*Attorneys for TriNet USA, Inc.*

**/s/ Samuel A. Lewis**
Samuel A. Lewis
Florida Bar No. 55360
slewis@cozen.com
Jennifer M. Taylor
Florida Bar No. 0174203
jtaylor@cozen.com
**COZEN O'CONNOR**
200 South Biscayne Blvd, Suite 3000
Miami, FL 33131
Telephone: (305) 704-5944
Facsimile: (786) 220-0207

And

Richard David Tuschman
rtuschman @gtemploymentlawyers.com
**RICHARD D. TUSCHMAN PA**
12555 Orange Drive, 2nd Floor
Davie, FL 33330
Telephone: (754) 551-5630

Facsimile: (954) 380-8938
*Attorneys for Vensure Employer Services, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 7, 2021, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**, through the Court's CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

By: /s/ Catherine H. Molloy
*Attorney for TriNet USA, Inc.*

ACTIVE 61681109v1

- 3 -